UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
GRACE BOZICK,                                                        :
:
                    Plaintiff,                                  :
:
      -v-                                                            :
:
CONAGRA FOODS, INC., et al.,                                         :
:
                    Defendants.                                :
:
---------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/12/2020
```

19-cv-4045 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court held a status conference on August 12, 2020. As discussed at that conference, it is hereby ORDERED that:

- Fact discovery remains closed, with two exceptions:
  - Depositions of the two Fed. R. Civ. P. 30(b)(6) witnesses shall be completed by September 24, 2020;
  - Depositions of the two third-party witnesses shall be completed by November 2, 2020;
- Plaintiff's expert disclosures shall be served by November 2, 2020, and Defendants' expert disclosures shall be served by December 21, 2020;
- Expert discovery shall be completed by March 22, 2021;
- Summary judgment motions, if any, shall be filed by April 5, 2021;

It is further ORDERED that the parties shall submit a joint status report to the Court on the potential for destructive testing by November 20, 2020. If, after reviewing Defendants' expert disclosures, Plaintiff seeks destructive testing, Plaintiff shall do so by letter brief filed no later than December 28, 2020.

A post-discovery status conference is scheduled for March 26, 2021 at 9:30 a.m. The

2

Court will set a trial date at that conference.

No extensions of the deadlines set in this Order shall be granted if the request is made after the deadline has passed.

The Court will refer the parties to mediation by separate order.

SO ORDERED.

Dated: August 12, 2020
New York, New York

                LEWIS J. LIMAN
           United States District Judge