**CERTAIN & ZILBERG, PLLC**
488 MADISON AVENUE, 20TH FLOOR
NEW YORK, NEW YORK 10022
TEL. 212.687.7800
FAX 212.687.7801

**Writer's Extension**: x225
**Writer's Email**: gcertain@certainlaw.com

December 30, 2022

**VIA ECF**

Honorable Lewis J. Liman
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    Bozick v. ConAgra Foods et al.
                Case No.: 1:19-cv-04045 (LJL) (S.D.N.Y.)
                Notice of Settlement

Honorable Judge Liman:

      I write on behalf of all parties to notify the Court that we have reached an agreement in principle to settle the above-referenced matter, currently schedule for trial before your Honor for January 17, 2023. Counsel for the parties are in the process of drafting the settlement agreement and stipulation of dismissal, and respectfully request until January 31, 2023 to file the Stipulation of Dismissal with the Court. Plaintiff is filing this Notice with the approval and consent of the Defendant.

                                                                Respectfully submitted,

                                                                Gary Certain, Esq.

Cc: All Counsel of Record via ECF